

# NUMBERS 13-20-00492-CV & 13-21-00085-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SPEEDY CAR WASH, INCORPORATED
AND CARLOS A. GUERRA, GUARANTOR,                    Appellants,

v.

GERALD SHER, SUSAN SHER,
SPECIALTY CUISINE, INC. D/B/A
ISLE WASH AND ANDREW SHER,
TRUSTEE,                                                               Appellees.

**On appeal from the 103rd District Court
of Cameron County, Texas.**

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva
Order Per Curiam**

Appellants Speedy Car Wash, Inc. and Carlos A. Guerra, Guarantor have filed a

motion to determine sufficiency of security and motion for emergency relief seeking to

stay enforcement of the judgments in the underlying causes. *See* TEX. R. APP. P. 24.4(a)(4); *id*. R. 24.4(c). We previously granted the motion to stay enforcement of the judgment, abated the causes, and remanded the case to the trial court to hold a hearing pursuant to Texas Rule of Appellate Procedure 24. *See* TEX. R. APP. P. 24.4(c); *see also Kanan v. Plantation Homeowner's Ass'n, Inc.,* No. 13-11-00282-CV, 2012 WL 593067, at *1 (Tex. App.—Corpus Christi–Edinburg Feb. 21, 2012, no pet.) (mem. op.).

The parties have since filed a Joint Stipulation Agreement, in which they stipulate that the supersedeas bonds filed in the underlying causes are sufficient to supersede the judgments and that enforcement of the judgments is now suspended pending appeal from those causes. Having considered the parties' Joint Stipulation Agreement, we conclude that appellants' motion to determine sufficiency of security is now moot. Therefore, we dismiss appellants' motion to determine sufficiency of security as moot, vacate our November 5, 2021 order instructing the trial court to hold a hearing, and reinstate both appellate causes.

PER CURIAM

Delivered and filed on the
17th day of November, 2021.

2